7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Eric Lynn Thomas and Yessenia Guadalupe Thomas
−−BELOW MED−−
*Debtor*

*Bankruptcy Case No.*
16−40586−can13

**Richard V Fink**
   Plaintiff(s)

*Adversary Case No.*
16−04084−can

v.

**Dealer Funding LLC**
   Defendant(s)

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: The Court enter its judgment in favor of the trustee and against the Defendant avoiding the transfer; allowing the trustee to treat Claim 6 as a non−priority unsecured claim; preserving the property for the benefit of the bankruptcy estate as provided in 11 U.S.C. §550 and/or §551.



PAIGE WYMORE−WYNN
Court Executive

By: /s/ Kristina D. Richardson
    Deputy Clerk

Date of issuance: 9/30/16

Court to serve